JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:20-cv-01745-CJC-AFM             Date   4/12/2021
Title   LOUIS MCDONALD V. NATIONAL CREDIT ADJUSTERS LLC ET AL

Present : The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [16], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

_ : _
Initials of Deputy Clerk: cw